UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>*Donald Johnson, Jr. v. 3M Co., et al.*,<br>No. 17-cv-1691 | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED:

DATED: May 14, 2025

Respectfully submitted,

*/s/Karla M. Gluek*
Karla M. Gluek
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
Email: kgluek@gustafsongluek.com

***Attorneys for Plaintiff***

1

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Norton Rose Fulbright U.S. L.L.P.
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com
　　　　mary.young@nortonrosfulbright.com

**Co-Lead Counsel for Defendants 3M Company and Arizant Healthcare Inc.**